IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISSAM ABDELLATIF, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALZA WRAE INDUSTRIAL COMPANY d/b/a MAZA YA TOBACCO, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 18-2297 |

## ORDER

**AND NOW**, this 20th day of March 2019, upon consideration of Defendants' Motion to Dismiss the Complaint for Failure to State a Claim (Doc. No. 9), Plaintiffs' Response in Opposition (Doc. No. 11), Defendants' Reply in Support of its Motion to Dismiss (Doc. No. 13), the arguments of counsel at the hearing held on October 23, 2018, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendants' Motion to Dismiss (Doc. No. 9) is **GRANTED IN PART** and **DENIED IN PART**.

2. Counts I, III, and IV of the Complaint are **DISMISSED**.

3. Count II of the Complaint remains against Defendant Alzawrae Industrial Company d/b/a Mazaya Tobacco only.

4. Defendants Wissam Amoudi, Romi Amoudi, and Mazaya USA, LLC are dismissed as Defendants in this case.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.